**MITTAL STEEL GALATI S.A. (formerly known as Ispat Sidex S.A.), Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee,**

and

**Nucor Corporation, Defendant–Appellee,**

and

**Ipsco Steel, Inc., Defendant–Appellee.**

No. 2007–1480.

United States Court of Appeals, Federal Circuit.

Oct. 15, 2007.

ON MOTION

*ORDER*

Upon consideration of the Mittal Steel Galati S.A.'s unopposed motion to voluntarily dismiss its appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All parties shall bear their own costs.